UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated,<br><br>VERSUS<br><br>TEA DATING ADVICE, INC. | CIVIL ACTION NO.<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

### LIST OF PARTIES AND PLEADINGS PURSUANT TO 28 U.S.C. § 1447(b)

Defendant Tea Dating Advice, Inc. ("Tea") respectfully submits the following List of Parties and Pleadings in this action pursuant to 28 U.S.C. § 1447(b). Tea also attaches copies of all pleadings, orders, and other documents filed by the parties in this matter in the Civil District Court for the Parish of Orleans, State of Louisiana.

### I. List of Parties and Counsel

| | |
|---|---|
| **Plaintiffs:** Gabrielle Karam, Samantha Stevens, and Meredith Karam, individually and on behalf of all others similarly situated<br><br>**Counsel:**<br>Gladstone N. Jones, III<br>Lynn E. Swanson<br>Kevin E. Huddell<br>Thomas F. Dixon<br>Rosa E. Acheson<br>**JONES SWANSON HUDDELL LLC**<br>601 Poydras Street, Suite 2655<br>New Orleans, Louisiana 70130<br>Telephone: (504) 523-2500<br>Facsimile: (504) 523-2508<br>E-mail: gjones@jonesswanson.com<br>E-mail: lswanson@jonesswanson.com<br>E-mail: khuddell@jonesswanson.com<br>E-mail: tdixon@jonesswanson.com<br>E-mail: racheson@jonesswanson.com | **Defendant:** Defendant Tea Dating Advice, Inc.<br><br>**Counsel:**<br>James M. Garner<br>Stuart D. Kottle<br>Kaylyn B. Handy<br>**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**<br>909 Poydras Street, Twenty-eighth Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 299-2100<br>Facsimile: (504) 299-2300<br>E-mail: jgarner@shergarner.com<br>E-mail: skottle@shergarner.com<br>E-mail: khandy@shergarner.com |

135889.000003\4908-5840-2660.2

**EXHIBIT 1**

## II. List of Pleadings, Orders, and Other Documents in the Record

    A.    Petition for Damages filed August 6, 2025 attached as Exhibit 2;

    B.    Citation and Service of Copies of Petitions Issued attached as Exhibit 3;

    C.    Supplemental and/or Amending Petition and its Exhibits A, B, & C filed August 15, 2025 attached as Exhibit 4;

    D.    Letter from Attorney Requesting Issuance of Service filed August 20, 2025 attached as Exhibit 5;

    E.    Motion for Temporary Restraining Order and for Preliminary Injunction filed August 22, 2025 attached as Exhibit 6;

    F.    Citation and Service Copies of Petitions Issued attached as Exhibit 7.

Respectfully,

s/James M. Garner
JAMES M. GARNER (# 19589)
STUART D. KOTTLE (# 37194)
KAYLYN B. HANDY (#38673)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
E-mails: jgarner@shergarner.com
          skottle@shergarner.com
          khandy@shergarner.com

*Attorneys for Defendant Tea Dating Advice, Inc.*