**ATTORNEY'S NAME:** Swanson, Lynn E 22650
**AND ADDRESS:** 601 poydras St., suite 2655, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2025-07671**    **DIVISION: I**    **SECTION: 05**

## GABRIELLE KARAM ET AL

Versus

## TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO: TEA DATING ADVICE, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE
201 SPEAR STREET, SUITE 1100, SAN FRANCISCO, CA 94105

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the PETITION FOR DAMAGES a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 12, 2025**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deonca Julian, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within PETITION FOR DAMAGES ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER      RETURN _____/_____/_____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ _____ served a copy of the within PETITION FOR DAMAGES ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **TEA DATING ADVICE, INC.** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

**EXHIBIT 3**

ID: 11678716                Page 1 of 1

ATTORNEY'S NAME:   Swanson, Lynn E 22650
AND ADDRESS:   601 poydras St., suite 2655, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2025-07671            DIVISION: I            SECTION: 05

### GABRIELLE KARAM ET AL

Versus

### TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO:         TEA DATING ADVICE, INC.
THROUGH:    THE LOUISIANA LONG ARM STATUTE
            201 SPEAR STREET, SUITE 1100, SAN FRANCISCO, CA 94105

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 12, 2025

Clerk's Office, Room 402                CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building                   The Civil District Court
421 Loyola Avenue                       for the Parish of Orleans
New Orleans, LA 70112                   State of LA
                                        by _Deonca Julian_
                                        Deonca Julian, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER       RETURN ____/____/____ SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TEA DATING ADVICE, INC. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 11678716                            Page 1 of 1