FILED

2025 AUG 15  P 06:04

CIVIL

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS** DISTRICT COURT

## STATE OF LOUISIANA

**NO.:  2025-07671**                                                                   **DIVISION: "I-5"**

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY SITUATED INDIVIDUALS**

### VERSUS

### TEA DATING ADVICE, INC.

**FILED: _____**                    **_____**

**DEPUTY CLERK**

### SUPPLEMENTAL PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, come Plaintiffs, Gabrielle Karam,

Samantha Stevens, and Meredith Karam, (individually sometimes referred to as a "Plaintiff," and

together, "Plaintiffs"), on behalf of themselves and all others similarly situated, and hereby file

this Supplemental Petition for Damages and state as follows:

75.

Plaintiffs hereby incorporate all allegations as stated in the original petition filed on August

6, 2025.

76.

Plaintiffs include the signed Affirmation of Petition by each Plaintiff, which are attached

hereto as *Exhibits A, B,* and *C*.

77.

Plaintiffs affirm that the facts and circumstances contained in the Petition for Damages,

filed on August 6, 2025, are true and correct to the best of their knowledge, information, and belief.

### PRAYER

Plaintiffs re-allege and incorporate by reference the prayer for relief and demand for jury

trial set forth in their original petition filed on August 6, 2025.  Plaintiffs further pray that

Defendant, Tea Dating Advice, Inc., be served with a certified copy of this Supplemental Petition

for Damages.



EXHIBIT

4

VERIFIED

Kasie Jiles

E-Filed                                                                                          2025 AUG 18   A 10:54

FILED

2025 AUG 15  P 06:04

CIVIL

DISTRICT COURT

Respectfully submitted,

s/ *Thomas F. Dixon*

Gladstone N. Jones, III (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**PLEASE SERVE**:
TEA DATING ADVICE, INC.
Through The Louisiana Long Arm Statute
201 Spear Street, Suite 1100
San Francisco, California, 94105

2

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.:  2025-07671                                    DIVISION: "I-5"

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY-SITUATED INDIVIDUALS**

### VERSUS

### TEA DATING ADVICE, INC.

FILED: _____        _____

                                         **DEPUTY CLERK**

### AFFIRMATION OF PETITION

STATE OF LOUISIANA
PARISH OF _Orleans_____

    I, _Gabrielle_____, who being duly sworn, did depose and state under penalty of perjury under
La. R.S. 14:123, as follows:

1.  I am a plaintiff in the above-captioned matter.

2.  I read and confirmed the allegations in the Petition for Damages, and affirm that the facts
    and circumstances contained in the Petition are true and correct to the best of my
    knowledge, information, and belief.

    _New Orleans____, Louisiana, this _14th_ day of August, 2025.

                           _gabrielleb karam_____
                           **GABRIELLE KARAM**

Witnessed, this _14th_ day of August, 2025.

_John Edwards_____
**WITNESS**

**EXHIBIT A**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.: 2025-07671                                              DIVISION: "I-5"

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY-SITUATED INDIVIDUALS**

### VERSUS

### TEA DATING ADVICE, INC.

FILED: _____        _____

                                                **DEPUTY CLERK**

### AFFIRMATION OF PETITION

STATE OF LOUISIANA
PARISH OF **ORLEANS**

I, Samantha Stevens who being duly sworn, did depose and state under penalty of perjury under La. R.S. 14:123, as follows:

1. I am a plaintiff in the above-captioned matter.

2. I read and confirmed the allegations in the Petition for Damages, and affirm that the facts and circumstances contained in the Petition are true and correct to the best of my knowledge, information, and belief.

Lake Charles, Louisiana, this 19th day of August, 2025.

*Samantha Stevens*

**SAMANTHA STEVENS**

Witnessed, this 14th day of August, 2025.

*John Edwell*

WITNESS

**EXHIBIT B**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.:  2025-07671                                    DIVISION: "I-5"

### GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY-SITUATED INDIVIDUALS

### VERSUS

### TEA DATING ADVICE, INC.

FILED: _____          _____
                                              **DEPUTY CLERK**

### AFFIRMATION OF PETITION

STATE OF LOUISIANA
PARISH OF ORLEANS

I, Meredith Karam, who being duly sworn, did depose and state under penalty of perjury under La. R.S. 14:123, as follows:

1. I am a plaintiff in the above-captioned matter.

2. I read and confirmed the allegations in the Petition for Damages, and affirm that the facts and circumstances contained in the Petition are true and correct to the best of my knowledge, information, and belief.

Lake Charles___, Louisiana, this _15__ day of August, 2025.

                         _Meredith Karam_____
                         MEREDITH KARAM

Witnessed, this _15_ day of August, 2025.

___Jennifer Book Karam_____
WITNESS

**EXHIBIT C**