# JONES SWANSON HUDDELL LLC

FILED
2025 AUG 20   A 09:50
CIVIL DISTRICT COURT

Tracy W. Gallinghouse
tgallinghouse@jonesswanson.com

August 20, 2025

**VIA ELECTRONIC FILING**
Honorable Chelsey Richard Napoleon
Clerk of Civil District Court, Parish of Orleans
421 Loyola Avenue, #402
New Orleans, LA 70112

Re:  *Gabrielle Karam, et al v. Tea Dating Advice, Inc.*
Civil District Court, Parish of Orleans Case No. 2025-07671 "I-5"
Our File No.: 769

Dear Ms. Napoleon:

In addition to the Citations for Service via The Louisiana Long-Arm Statue already requested, please also issue to us Citations for Service for the Petition for Damages and Supplemental Petition for Damages, via The Louisiana Long-Arm Statute to:

Tea Dating Advice Inc
Through its Registered Agent for Service
Legalinc Registered Agents Inc.
500 N. Brand Blvd., Suite 890
Glendale, CA 91023

Pursuant to my conversation with the Clerk's office, there is no charge for issuing these citations.

With best regards, I remain

Very truly yours,

*Tracy W. Gallinghouse*
Tracy W. Gallinghouse
Paralegal

:twg

E-Filed

**EXHIBIT 5**

VERIFIED
Kasie Jiles
2025 AUG 20   A 11:21