| | |
|---|---|
| **ATTORNEY'S NAME:** | Dixon, Thomas F 38952 |
| **AND ADDRESS:** | Pan American Life Center 601 Poydras Street, Suite 2655, New Orleans, LA 70130 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2025-07671**          **DIVISION: I**          **SECTION: 05**

### GABRIELLE KARAM ET AL

#### Versus

### TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO:            TEA DATING ADVICE, INC.
THROUGH:   THE LOUISIANA LONG ARM STATUTE
                  201 SPEAR STREET, SUITE 1100, SAN FRANCISCO, CA 94105

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 25, 2025

| | |
|---|---|
| Clerk's Office, Room 402<br>Civil Courts Building<br>421 Loyola Avenue<br>New Orleans, LA 70112 | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Salvador Lara-Rico, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within **SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE**<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____/ ENTERED /_____<br>PAPER           RETURN<br>_____/_____/_____<br>SERIAL NO.     DEPUTY      PARISH | On this _____ day of _____ _____ served a copy of the within **SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **TEA DATING ADVICE, INC.** being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

**EXHIBIT 7**

**ATTORNEY'S NAME:** Dixon, Thomas F 38952
**AND ADDRESS:** Pan American Life Center 601 Poydras Street, Suite 2655, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2025-07671**  **DIVISION: I**  **SECTION: 05**

### GABRIELLE KARAM ET AL

Versus

### TEA DATING ADVICE, INC.

### CITATION - LONG ARM

**TO:** TEA DATING ADVICE, INC.
**THROUGH:** THE LOUISIANA LONG ARM STATUTE
201 SPEAR STREET, SUITE 1100, SAN FRANCISCO, CA 94105

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 25, 2025

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Salvador Lara-Rico, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | On this _____ day of _____ served a copy of the within SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TEA DATING ADVICE, INC. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

/ ENTERED /
PAPER       RETURN
/       /
SERIAL NO.   DEPUTY   PARISH

| | |
|---|---|
| ATTORNEY'S NAME: | Swanson, Lynn E 22650 |
| AND ADDRESS: | 601 poydras St., suite 2655 , New Orleans, LA 70130 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2025-07671          DIVISION: I          SECTION: 05

**GABRIELLE KARAM ET AL**

Versus

**TEA DATING ADVICE, INC.**

## CITATION - LONG ARM

TO:  TEA DATING ADVICE, INC.

THROUGH:  THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.

500 N. BRAND BLVD;, SSUITE 890, GLENDALE, CA 91023

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 25, 2025**

| | |
|---|---|
| **Clerk's Office, Room 402**<br>**Civil Courts Building**<br>**421 Loyola Avenue**<br>**New Orleans, LA 70112** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>**State of LA**<br>**by _____**<br>**Salvador Lara-Rico, Deputy Clerk** |

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** | **PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** |
| ON  **TEA DATING ADVICE, INC.** | ON  **TEA DATING ADVICE, INC.** |
| THROUGH:  **THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.** | THROUGH:  **THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.** |
| Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED /_____<br>PAPER                                              RETURN<br>_____/_____/_____<br>SERIAL NO.           DEPUTY              PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **TEA DATING ADVICE, INC.** being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ATTORNEY'S NAME: Swanson, Lynn E 22650
AND ADDRESS: 601 poydras St., suite 2655, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2025-07671  DIVISION: I  SECTION: 05

## GABRIELLE KARAM ET AL

### Versus

## TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO: TEA DATING ADVICE, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.
500 N. BRAND BLVD;, SSUITE 890, GLENDALE, CA 91023

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
__PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS__
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 25, 2025

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Salvador Lara-Rico, Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.** Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER  RETURN _____/_____/_____ SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES, SUPPLEMENTAL PETITION FOR DAMAGES AND EXHIBITS** ON **TEA DATING ADVICE, INC.** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE LEGALINE REGISTERED AGENTS INC.** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **TEA DATING ADVICE, INC.** being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

| | |
|---|---|
| ATTORNEY'S NAME: | Swanson, Lynn E 22650 |
| AND ADDRESS: | 601 poydras St., suite 2655 , New Orleans, LA 70130 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2025-07671          DIVISION: I          SECTION: 05

## GABRIELLE KARAM ET AL

Versus

## TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO:     TEA DATING ADVICE, INC.

THROUGH:     THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC.
500 N. BRAND BOULEVARD, SUITE 890, GLENDALE, CA 90123

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 4, 2025** at **1:30 PM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 26, 2025**

| | |
|---|---|
| **Clerk's Office, Room 402**<br>**Civil Courts Building**<br>**421 Loyola Avenue**<br>**New Orleans, LA 70112** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>**State of LA**<br>by _____<br>**Deonca Julian, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** | **Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** |
| ON **TEA DATING ADVICE, INC.** | ON **TEA DATING ADVICE, INC.** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC.** | THROUGH: **THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC.** |
| Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER                 RETURN<br>_____ / _____ / _____<br>SERIAL NO.      DEPUTY        PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **TEA DATING ADVICE, INC.** being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ATTORNEY'S NAME: Swanson, Lynn E 22650
AND ADDRESS: 601 poydras St., suite 2655, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2025-07671     DIVISION: I     SECTION: 05

### GABRIELLE KARAM ET AL

Versus

### TEA DATING ADVICE, INC.

### CITATION - LONG ARM

TO: TEA DATING ADVICE, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC.
500 N. BRAND BOULEVARD, SUITE 890, GLENDALE, CA 90123

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 4, 2025 at 1:30 PM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 26, 2025

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by /s/ Deohca Julian
Deohca Julian, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC. Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN / / SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within Other Motion Information MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION ON TEA DATING ADVICE, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ON THE REGISTERED AGENT FOR SERVICE: LEGALINC REGISTERED AGENTS, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TEA DATING ADVICE, INC. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |