UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 2:25-cv-01790 |
| | SECTION: L |
| VERSUS | JUDGE: ELDON E. FALLON |
| TEA DATING ADVICE, INC. | MAGISTRATE: EVA J. DOSSIER |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Tea Dating Advice, Inc. ("Defendant" or "Tea"), will bring its Motion to Transfer Venue to the United States District Court for the Northern District Of California and to Stay Proceedings, and in the Alternative Motion to Dismiss for Lack of Personal Jurisdiction before the Honorable Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 at 9:00 a.m. on September 17, 2025.

[Signature block on following page]

- 1 -

Respectfully submitted this 2nd day of September, 2025.

By:  */s/James M. Garner*
JAMES M. GARNER (#19589)
STUART D. KOTTLE (#37194)
KAYLYN B. HANDY (#38673)
SHER GARNER CAHILL RICHTER
 KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
E-mails: jgarner@shergarner.com
skottle@shergarner.com
khandy@shergarner.com

*Attorneys for Defendant Tea Dating Advice, Inc.*