UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 2:25-cv-01790-EEF EJD |
| | SECTION: L |
| VERSUS | JUDGE: ELDON F. FALLON |
| TEA DATING ADVICE, INC. | MAGISTRATE: EVA J. DOSSIER |

### *EX PARTE* MOTION TO EXPEDITE DEFENDANT TEA DATING ADVICE, INC'S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO STAY PROCEEDINGS, AND IN THE ALTERNATIVE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant, Tea Dating Advice, Inc. ("Defendant" or "Tea"), by and through its undersigned counsel, hereby moves *ex parte* Motion to Expedite the Court's consideration of Tea's Motion to Transfer Venue to the United States District Court for the Northern District of California and to Stay Proceedings, and in the Alternative Motion to Dismiss for Lack of Personal Jurisdiction filed September 2, 2025 (the "Motion to Transfer"). [Dkt. No. 3].

This case is one of thirteen putative nationwide class actions arising out of a July 25, 2025 data incident. All of the other putative nationwide class actions, including nine actions that were filed prior to this one, are deemed related and are pending before Judge William H. Orrick in the Northern District of California. As more fully explained in Tea's Motion to Transfer, a hearing is set for September 17, 2025 at 2:00 p.m. PT on the N.D. Cal. plaintiffs' motion to formally consolidate the N.D. Cal. matters for pre-trial purposes and to set a schedule for briefing for applications for interim class counsel. While Tea has not been formally served with Plaintiffs'

1

state-court petition, it wants to ensure that it is not obligated to separately respond to Plaintiffs' petition or any substantive motions Plaintiffs may bring while awaiting any decision on its Motion to Transfer.

## I.
## BACKGROUND

On August 6, 2025, Plaintiffs Gabrielle Karam, Samantha Stevens, and Meredith Karam ("Plaintiffs") filed a Class Action Petition and Demand for Jury Trial (the "Complaint") in the Civil District Court for the Parish of Orleans. As of the filing of this *ex parte* Motion, Tea has not yet been served with the Complaint. On September 2, 2025, Defendant timely removed the action to this Court. *See* Dkt. No. 1. On the same day, Tea filed its Motion to Transfer requesting the Court transfer this case to the United States District Court for the Northern District of California, where twelve other substantially similar putative class actions were filed against Defendant, and is where Defendant is headquartered. Dkt. No. 3. Further, Tea requested that while its Motion to Transfer is pending that all case deadlines, including its responsive pleading deadline, other motion practice and discovery should be stayed so as to preserve party and judicial resources, prevent prejudice to Tea and preclude this action from advancing ahead of the first-filed actions in the Northern District of California. *See id.* Alternatively, Tea's Motion to Transfer requested that in the event the Court declines to transfer this matter, that this proceeding should be dismissed altogether for lack of personal jurisdiction or, further in the alternative, stayed pending resolution of the first-filed actions in the Northern District of California.

As outlined in its Motion to Transfer, there have been multiple putative class actions filed against Defendant in the Northern District of California arising out of the same Incident, the first of which was filed on July 28, 2025. *See Reyes v. Tea Dating Advice, Inc.*, 3:25-cv-06321-WHO (N.D. Cal.). Currently, including *Reyes*, there are a total of **twelve putative class actions** pending

2

in the Northern District of California—all but three were filed prior to Plaintiffs' Complaint (collectively referred to as the "N.D. Cal. Actions"). The N.D. Cal. Actions have been deemed related and have all been assigned to the Honorable William H. Orrick, III in the Northern District of California. A hearing on a Motion to Consolidate the N.D. Cal. Actions pending in the *Reyes* matter is scheduled for **September 17, 2025 at 2:00 p.m. PT** ("Motion to Consolidate").

## II.
## ARGUMENT

Tea requests expedited consideration of its Motion to Transfer. Expedited review is warranted to conserve judicial and party resources, avoid prejudice to Tea, and ensure that this action does not proceed ahead of the first-filed cases pending in the Northern District of California. Although Tea has not yet been formally served with Plaintiffs' Complaint, it seeks to avoid duplicative litigation and unnecessary motion practice in this Court while its Motion to Transfer remains pending.[1] As detailed in the Motion to Transfer, the Northern District of California is the appropriate forum for this dispute. Accordingly, Tea should not be required to respond to Plaintiffs' Complaint or any substantive motions until the Court has ruled on the pending Motion to Transfer. Any delay in resolving the Motion risks substantial prejudice to Tea and undermines judicial efficiency. Moreover, an expedited ruling prior to the September 17, 2025 hearing on the Motion to Consolidate in the Northern District of California would allow Plaintiffs to participate meaningfully in that proceeding, including discussions regarding interim class counsel.

---

[1] Prior to service of the state-court complaint, Plaintiffs initially applied for a Temporary Restraining Order and Preliminary Injunction to shut down Tea's Mobile App. The Temporary Restraining Order was summarily denied and the show cause hearing on the Preliminary Injunction was mooted by removal.

3

## III.
## CONCLUSION

Tea respectfully requests that the Court grant its *ex parte* Motion and expedite its consideration of the Motion to Transfer prior to (a) any case deadlines, including responsive pleading deadlines or requests for injunctive relief, and/or (b) the September 17, 2025 consolidation hearing in the Northern District of California.

Respectfully submitted this 4th day of September, 2025.

By: */s/ James M. Garner*
JAMES M. GARNER (#19589)
STUART D. KOTTLE (#37194)
KAYLYN B. HANDY (#38673)
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
E-mails: jgarner@shergarner.com
skottle@shergarner.com
khandy@shergarner.com
*Attorneys for Defendant Tea Dating Advice, Inc.*