UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | * | CIVIL ACTION NO. 25-1790 |
| | * | JUDGE ELDON E. FALLON |
| VERSUS | * | MAGISTRATE JUDGE EVA J. DOSSIER |
| TEA DATING ADVICE, INC. | * | |

\*   \*   \*   \*   \*   \*

## **ORDER**

Considering the *Ex Parte* Motion to Expedite Motion to Transfer Venue to The United States District Court for the Northern District of California and to Stay Proceedings, and in the Alternative Motion to Dismiss for Lack of Personal Jurisdiction, filed by Defendant, Tea Dating Advice, Inc. ("Tea"), R. Doc. 4;

**IT IS HEREBY ORDERED** that the Motion is **DENIED.**

New Orleans, Louisiana, this 8th day of September, 2025.

_____
THE HONORABLE ELDON E. FALLON