UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 2:25-cv-01790 |
| | SECTION: L |
| VERSUS | JUDGE: ELDON E. FALLON |
| TEA DATING ADVICE, INC. | MAGISTRATE: EVA J. DOSSIER |

**JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**

Defendant Tea Dating Advice, Inc. ("Defendant" or "Tea") and Plaintiffs Gabrielle Karam, Samantha Stevens, and Meredith Karam, jointly stipulate regarding the Defendants' responsive pleading deadline as follows.

WHEREFORE, on August 6, 2025, Plaintiffs Gabrielle Karam, Samantha Stevens, and Meredith Karam filed a Class Action Petition and Demand for Jury Trial (the "Complaint") in the Civil District Court for the Parish of Orleans;

WHEREFORE, Defendant was served with the class action complaint on August 28, 2025. Pursuant to Federal Rule of Civil Procedure 81(c)(2), the deadline to file a responsive pleading is 21 days after service, or September 18, 2025;

WHEREFORE, on September 2, 2025, Defendant timely removed the action to this Court. See Dkt. No. 1;

WHEREFORE, on September 2, 2025, Defendant filed a Motion to Transfer Venue to the United States District Court for the Northern District of California and to Stay Proceedings, and

- 1 -

in the Alternative, Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Transfer/Stay"), which is set for submission on September 17, 2025;

WHEREFORE, the parties have jointly agreed to stipulate to a responsive pleading deadline as follows:

IT IS HEREBY STIPULATED and ORDERED that (a) if the Motion to Transfer/Stay is granted, or if transfer is otherwise ordered, Defendant's responsive pleading deadline will be 21 days after the filing of a consolidated amended complaint in the transferee court; (b) if the Motion to Transfer/Stay is denied, Defendant's responsive pleading deadline will be 7 days after the Court's ruling.

IT IS FURTHER STIPULATED AND ORDERED that Defendant reserves the right to seek any further extension of time to file a responsive pleading, upon a showing of good cause, provided that any such request is made before the expiration of the deadline set forth in this Stipulation.

Respectfully submitted this 17th day of September, 2025.

/s/ Thomas F. Dixon
Gladstone N. Jones (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

*Attorneys for Plaintiffs*

*/s/ James M. Garner*
James M. Garner (#19589)
Stuart D. Kottle (#37194)
Kaylyn B. Handy (#38673)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
E-mails: jgarner@shergarner.com
　　　　　skottle@shergarner.com
　　　　　khandy@shergarner.com

*Attorneys for Defendant Tea Dating Advice, Inc.*