UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | * | CIVIL ACTION NO. 25-1790 |
| | * | JUDGE ELDON E. FALLON |
| VERSUS | * | MAGISTRATE JUDGE EVA J. DOSSIER |
| | * | |
| TEA DATING ADVICE, INC. | | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the Joint Stipulation Regarding Responsive Pleading Deadline filed by all parties, R. Doc. 8;

**IT IS ORDERED** that (a) if the Motion to Transfer/Stay is granted, or if transfer is otherwise ordered, Defendant's responsive pleading deadline will be 21 days after the filing of a consolidated amended complaint in the transferee court; (b) if the Motion to Transfer/Stay is denied, Defendant's responsive pleading deadline will be 7 days after the Court's ruling.

**IT IS FURTHER ORDERED** that Defendant reserves the right to seek any further extension of time to file a responsive pleading, upon a showing of good cause, provided that any such request is made before the expiration of the deadline set forth in this Stipulation.

New Orleans, Louisiana this 22nd day of September, 2025.

_____
THE HONORABLE ELDON E. FALLON