UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM,** individually and on behalf of all others similarly situated,<br><br>**VERSUS**<br><br>**TEA DATING ADVICE, INC.** | CIVIL ACTION NO. 2:25-cv-01790<br><br>SECTION L<br><br>JUDGE ELDON FALLON<br><br>MAG. JUDGE EVA J. DOSSIER |

### MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Gabrielle Karam, Samantha Stevens, and Meredith Karam, on behalf of themselves and all others similarly situated (the "Class"), who, pursuant to Federal Rule of Civil Procedure Rule 65, respectfully move this court for a temporary restraining order and a preliminary injunction enjoining Defendant Tea Dating Advice, Inc. ("Tea") from continuing to operate its mobile application the "Tea App" until it implements adequate data security policies, procedures, and practices to safeguard user data to protect against the imminent risk of stalking, domestic abuse, dating violence, and/or the threat of physical and sexual harassment and/or violence and abuse and sexual assault, all for the reasons more fully set forth in the Memorandum in Support of this Motion.

WHEREFORE, Plaintiffs pray that a temporary restraining order issue immediately and that Defendant Tea Dating Advice, Inc. be ordered to show cause why a preliminary injunction should not be issued prohibiting Tea from continuing to operate its mobile application the Tea App until it implements adequate data security policies, procedures, and practices to safeguard user data to protect against the imminent risk of stalking, domestic abuse, dating violence, and/or the threat of physical and sexual harassment and/or violence and abuse and sexual assault.

Respectfully submitted,

*/s/ Lynn E. Swanson*
Gladstone N. Jones, III (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of September, 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notice of the electronic filing to all counsel of record.

*/s/ Lynn E. Swanson*
Lynn E. Swanson