# EXHIBIT A



EXHIBIT A