UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 2:25-cv-01790 |
| | SECTION: L |
| VERSUS | JUDGE: ELDON E. FALLON |
| TEA DATING ADVICE, INC. | MAGISTRATE: EVA J. DOSSIER |

**DEFENDANT TEA DATING ADVICE, INC.'S INTERIM RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION**

Defendant Tea Dating Advice, Inc. ("Defendant" or "Tea"), by and through its undersigned counsel, hereby submits this Interim Response in response to Plaintiffs' Motion for Temporary Restraining Order and for a Preliminary Injunction ("Motion"), originally to be submitted on October 15, 2025, in the Eastern District of Louisiana ("Transferor Court" or this "Court"). Pl.s' Mot., ECF No. 11.

On September 24, 2025, this Court granted Defendant's motion to transfer this case to the United States District Court of the Northern District of California ("Transferee Court"). Ct. Ord., ECF No. 12. Pursuant to newly enacted Local Rule 83.5.1, the Court stayed its order for 21 days from the date of issuance (until October 15, 2025) for purposes of potential appeal. *Id.*; *see Santiago-Lugo v. Tapia*, 188 F. App'x 296, 297 (5th Cir. 2006) (When a motion to transfer under 28 U.S.C. § 1404(a) is granted, "the transferor court—and the appellate court that has jurisdiction

over it—lose all jurisdiction over the case.") (internal quotations omitted); *see also In re Asemani*, 455 F.3d 296, 300 (D.C. Cir. 2006) (citing the "*Starnes* rule," holding the physical transfer of a file "should be delayed for a period of time . . . so that review may be sought in the transferor circuit,"); *Starnes v. McGuire*, 512 F.2d 918, 924 (D.C. Cir. 1974) (en banc); *Home Furnishings Store, Ltd. v. Stiles Machinery, Inc.*, 2011 WL 6329869, *1 n.1 (E.D. La. 2011) (better practice is to stay of the effects of transfer "to enable appellate review to be sought.").

As such, consistent with the Court's Order, Defendant files this interim response only for clarity of the record. Defendant's position is the entire case, including Plaintiff's pending motion, is stayed and any substantive response to Plaintiffs' Motion is mooted by the transfer and not required. Should the Court instruct the parties differently, Defendant will abide by the Court's Order.

If Plaintiffs choose to renew their Motion in the Transferee Court pursuant to the Transferee Court's procedures, Defendant will oppose the Motion in accordance with the Transferee's Court's briefing schedule.

Respectfully submitted this 7th day of October, 2025.

>*/s/ James M. Garner*
> JAMES M. GARNER (#19589)
> STUART D. KOTTLE (#37194)
> KAYLYN B. HANDY (#38673)
> SHER GARNER CAHILL RICHTER
> KLEIN & HILBERT, L.L.C.
> 909 Poydras Street, Twenty-Eighth Floor
> New Orleans, Louisiana 70112
> Telephone: (504) 299-2100
> E-mails: jgarner@shergarner.com
>   skottle@shergarner.com
>   khandy@shergarner.com
> *Attorneys for Defendant Tea Dating Advice, Inc.*